United States District Court
Southern District of Texas
**ENTERED**
May 18, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION**

| | | |
|---|---|---|
| ROBERTO SALINAS, | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | CIVIL ACTION NO. 2:26-CV-00075 |
| | § | |
| SERGEANT LUCAS WALLEK, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER

The Court previously ordered plaintiff Roberto Salinas to complete questionnaire as part of the screening process.  (Doc. No. 12.)  The Court instructed Plaintiff, at the end of his response, to do the following: "Write the following words at the end of your response: **'I swear under penalty of perjury that these answers are true and correct to the best of my knowledge.'**  Then sign the document and send it to the Court."  *Id.* at 3.

Plaintiff submitted his response to the questionnaire, but he did not comply with the Court's instruction to swear to the truth of his answers.  *See* Doc. No. 13.  The Court now ORDERS as follows:

- The Clerk is DIRECTED to send Plaintiff a copy of his previous questionnaire response (Doc. No. 13) along with this order.

- Plaintiff is ORDERED to re-submit his questionnaire response, this time adding the required language: **"I swear under penalty of perjury that these answers are true and correct to the best of my knowledge"** and signing his name.  The Court must receive Plaintiff's re-submitted response not later than **June 1, 2026.**

1 / 2

- Plaintiff is CAUTIONED that the Court currently considers his complaint to be deficient. Plaintiff's failure to comply with this order will result in the dismissal of this action under Rule 41(b) of the Federal Rules of Civil Procedure.

ORDERED on May 18, 2026.

MITCHEL NEUROCK
United States Magistrate Judge