United States District Court
Southern District of Texas
**ENTERED**
October 08, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**CORPUS CHRISTI DIVISION**

| | | |
|---|---|---|
| ROBERTO SALINAS, | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | CIVIL ACTION NO. 2:26-CV-00075 |
| | § | |
| SERGEANT LUCAS WALLEK, *et al*, | § | |
| | § | |
| Defendants. | § | |

**ORDER**

Plaintiff Roberto Salinas brought this civil rights lawsuit under 42 U.S.C. § 1983, *pro se* and *in forma pauperis*. (Doc. No. 1.) Initial screening of Plaintiff's complaint revealed that he was on bond—without an indictment—for an unlawful restraint arrest. (Doc. No. 16, p. 1.) His case was administratively stayed because a favorable judgment in this lawsuit might "call into question the validity of [his] conviction in his state court case, if he is eventually convicted there." *Id.* at 2. The Court ordered Plaintiff to file a motion asking to reopen this case within 21 days after the conclusion of his criminal case. *Id.*

Plaintiff sought to reopen the case prematurely, and his motion was denied. (Doc. Nos. 17, 18.) To remove the possibility that Plaintiff's case was stayed indefinitely, the Court ordered Plaintiff to provide monthly status reports disclosing whether formal criminal proceedings had been initiated in his criminal case, as his "criminal proceeding . . . could be nearing the end of its limitations period." (Doc. No. 18, p. 4.)

Plaintiff sufficiently complied with these orders in both July and August 2026. *See* Doc. Nos. 19, 20. But Plaintiff's September 2026 report was different from his previous ones; for example, he wrote that his "criminal proceedings stemming from the October 20, 2024, arrest

remain ongoing in state court and have not reached final disposition or resolution." (Doc. No. 21, p. 1.) Plaintiff previously stated in his July and August updates that no paperwork, indictment, or criminal charges had been filed (Doc. No. 19, p. 1; Doc. No. 20, p. 1), but his September update implies that charges are now "ongoing" in state court.

Plaintiff is accordingly ORDERED to clarify his September 2026 report by **October 23, 2026**. He must explain whether he has been indicted or whether there are any criminal charges that are currently pending in state court. Further, if charges have been brought, Plaintiff is ORDERED to state the charges, the case number, the court the charges are brought in, and the date of the next scheduled event in that case. Failure to comply with this order may result in a recommendation that this lawsuit be dismissed under Federal Rule of Civil Procedure 41(b).

ORDERED on October 8, 2026.

MITCHEL NEUROCK
United States Magistrate Judge